UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      CR. NO.  05-80716

v.

                                           Hon. Steven D. Pepe

BEATINA MARSHALL,

        Defendant.
_____/

### ORDER CONTINUING PRELIMINARY EXAMINATION DATE

This matter having coming before the Court on the stipulation of the parties, it is ordered pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure that the preliminary examination in this case, now scheduled for January 12, 2006 be continued to February 22, 2006.

**IT IS THE FINDING OF THE COURT** that such an adjournment is necessary to provide sufficient time for Defendant to consult with Counsel and complete negotiations, and that as such, the ends of justice served by adjourning the preliminary examination to insure preservation of Defendant's right to effective assistance of counsel, outweigh the interests of the public and the Defendant in a speedy trial and that the delay, from January 12, 2006, through February 22, 2006, is excludable for purposes of calculating the speedy trial period.  18 U.S.C. § 3161(h).

**SO ORDERED**.


Dated: February 10, 2006                                        s/Steven D. Pepe
Ann Arbor, Michigan                                         United States Magistrate Judge